IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | Case No. 3:07 CR 81 |
| vs. | : | |
| DANIEL GARCIA-GUIA, et al., | : | ORDER |
| Defendant | : | |

On January 23, 2014, the United States filed a motion to dismiss the Fourth Superseding Indictment pending before this Court in the above-captioned matter as to Juan Garcia-Guia (Defendant Four), who is named in Counts One, Three, and Four; Mauricio Garcia-Garcia (Defendant Five), who is named in Counts One and Three; and Nicholas Guia (Defendant Six) who is named in Counts One and Three. Based upon the motion by the United States, and for good cause shown, the Court hereby orders that the Fourth Superseding Indictment in this matter be dismissed without prejudice as to Defendants Juan Garcia-Guia, Mauricio Garcia-Garcia, and Nicholas Guia only.

Judge Walter H. Rice
United States District Court